IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**BOBBY EARL MOORE**   **PLAINTIFF**

VS.   **Case No. 04-CV-4081**

**DANIEL ENTERPRISES, INC., d/b/a**   **DEFENDANTS**
**SOUTH PARK TEXACO,** et al.

### ORDER

 Before the Court is Intervenor KLLM Transport Services, Inc.'s ("KLLM") Motion to File a Complaint in Intervention. (Doc. 36). The Court finds this motion ripe for consideration. In this motion, KLLM, as the former employer of Plaintiff, seeks to file a complaint in intervention, arguing that it is entitled by Mississippi statute to subrogation in any third-party proceedings for amounts it has paid to Plaintiff's workers' compensation claim. Upon consideration, pursuant to Federal Rule of Civil Procedure 24, the Court finds the motion should be and hereby is **granted**. KLLM shall file its Complaint in Intervention within five (5) days of the receipt of this order.

 **IT IS SO ORDERED** this 9th day of March, 2006.

           /s/ Harry F. Barnes
           Hon. Harry F. Barnes
           U.S. District Judge