IN THE UNITED STATES DISTRICT COURT OF THE
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BOBBY EARL MOORE | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 04-4081 |
| | § | JURY |
| DANIEL ENTERPRISES, INC. d/b/a | § | |
| SOUTH PARK TEXACO | § | |
| and JOSHUA L. SHOMBER | § | |
|     Defendants | § | |
| | § | |
| KLLM TRANSPORT SERVICES, INC. | § | |
|     Intervenor | § | |

## FINAL JUDGMENT

ON THIS DAY came on to be considered the above-entitled and numbered cause; and, the parties announced to the Court that all matters in dispute have been compromised and settled; and, the parties requested the Court to dismiss this cause with prejudice to refiling same and enter a Judgment in favor of the Defendants, Daniel Enterprises, Inc. d/b/a South Park Texaco and Joshua L. Shomber, and against the Plaintiff, Bobby Earl Moore; and, it appears to the Court that such Judgment should be entered;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause shall be dismissed with prejudice, and that Plaintiff, Bobby Earl Moore, have and recover NOTHING of and from Defendants, Daniel Enterprises, Inc. d/b/a South Park Texaco and Joshua L. Shomber.

IT IS FURTHER ORDERED that each party shall bear the respective costs and attorney's fees incurred by that party, and no costs or attorney's fees shall be assessed against any other party; and, all relief not expressly herein granted is denied.

SIGNED this 6 day of June, 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 1 2 2006

CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

UNITED STATES DISTRICT JUDGE

Approved:

_____
Errol N. Friedman
Attorney for Plaintiff
FRIEDMAN LAW OFFICES

_____
William C. Gooding
Attorney for Defendants
GOODING & CRITTENDEN, L.L.P.


_____
Kara B. Mikles
Attorney for Intervenor
HUCKABAY, MUNSON, ROWLETT,
& MOORE, P.A.

Approved:

_____      _____
Errol N. Friedman     William C. Gooding
Attorney for Plaintiff     Attorney for Defendants
FRIEDMAN LAW OFFICES     GOODING & CRITTENDEN, L.L.P.

*/s/ Kara B. Mikles*
_____
Kara B. Mikles
Attorney for Intervenor
HUCKABAY, MUNSON, ROWLETT,
& MOORE, P.A.